AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ambro, Thomas L | U.S. Court of Appeals, 3rd Cir | 05/12/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Federal Courthouse<br>844 King Street, Lock Box 32<br>Wilmington, DE 19801 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Thomas L. Ambro Revocable Trust |
| 2. Member | Georgetown University Alumni Admissions Program Board of Advisors |
| 3. Chairman | Georgetown University Northern Delaware Alumni Admissions Program |
| 4. Member | Board of Editors, Delaware Lawyer |
| 5. Member | Board of Editors, Delaware Law Review |
| 6. Co-Chair | Collins Seitz Bankruptcy Inn of the American Inns of Court |
| 7. Member | Board of Trustees of the American Inns of Court |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/12/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ]   NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | State of Delaware |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ]   NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Bar Association | January 6-10, Miami, FL, Section of Business Law Midwinter Meeting (Transportation, Lodging & Meals) |
| 2. | American Bar Association | March 3-4, Chicago, IL, Meeting of Section of Business Law group (Transportation, Lodging & Meals) |
| 3. | American Bar Association | March 31-April 3, Nashville, TN, Section of Business Law Spring Meeting (Transportation, Lodging & Meals) |
| 4. | American Inns of Court Foundation | May 18-21, Salt Lake City, UT, Board of Trustees' Meeting and National Leadership Conference (Transportation, Lodging & Meals) |
| 5. | American Bar Association | August 5-9, Chicago, IL, ABA Annual Meeting (Transportation, Lodging & Meals) |
| 6. | American Bar Association | October 18-19, Chicago, IL Meeting of Section of Business Law group (Transportation, |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/12/2006 |

Lodging & Meals)

| | |
|---|---|
| **7.** American Bar Associaiton | October 30-31, Washington, DC, Section of Business Law representative and panelist at joint American Enterprise Institute-Brookings |
| 8. Wake Forest University | November 18-20, Winston-Salem, NC, Judging moot court competition at Law School, (Transportation, Lodging & Meals) |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/12/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wilmington Trust Account | A | Interest | J | T | | | | | |
| 2. Wilmington Trust Account | A | Interest | J | T | | | | | |
| 3. Wilmington Tax Exempt Investor | A | Interest | K | T | | | | | |
| 4. Delaware State Bond 7.0% | | None | | | Sell | 7/8 | K | B | |
| 5. Delaware State Bond 6.1% | B | Interest | K | T | | | | | |
| 6. Glasgow Professional Properties Inc | | None | O | W | | | | | |
| 7. Lynhaven Partners (1983 - $23,500) | B | Rent | K | R | | | | | |
| 8. Nantucket Island Associates Partnership (1984 - $17,200) | | None | K | R | | | | | |
| 9. PB/Fogelman Harbour Town Partnership (1988 - $30,300) | B | Rent | K | R | | | | | |
| 10. Salem Plaza Associates Partnership (1984 - $23,581) | B | Rent | K | R | | | | | |
| 11. Trust Account #6 | D | Dividend | N | T | | | | | |
| 12. - Evergreen Municipal Money Market FD (cash equivalent) | | | | | | | | | |
| 13. - Centerpoint Energy Inc | | | | | | | | | |
| 14. - Nisource Inc | | | | | | | | | |
| 15. - Harris Assoc Oakmark I | | | | | | | | | |
| 16. - Southwest Water Co | | | | | | | | | |
| 17. - Advanced Micro Devises | | | | | Buy | 5/5 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Human Genome Science Inc | | | | | Buy | 3/15 | J | | |
| 19. | | | | | Buy | 3/30 | J | | |
| 20. Trust Account #7 | F | Dividend | P1 | T | | | | | |
| 21. - Goldman Sachs TR ILA Money Market | | | | | Part Sale | 7/20 | J | | |
| 22. - Calamos Growth FD | | | | | Part Sale | 8/25 | L | E | |
| 23. - Clipper Fund | | | | | Sell | 10/18 | L | D | |
| 24. - FMI Focus Fund | | | | | Sell | 1/6 | L | E | |
| 25. - ING Funds Intr Value | | | | | | | | | |
| 26. - Oakmark Global Fund CL I | | | | | | | | | |
| 27. - TCW Galileo Sel Eqtys | | | | | Sell | 5/25 | L | E | |
| 28. - Calamos Conver Tible FD CL A | | | | | | | | | |
| 29. - Pioneer High Yield | | | | | | | | | |
| 30. - Duke Energy Co | | | | | | | | | |
| 31. - Aegis Value Fund Inc | | | | | | | | | |
| 32. - Bridgeway Ultra-Small Co | | | | | Buy | 1/7 | K | | |
| 33. - T Rowe Price Cap Appr FD | | | | | Part Sale | 3/7 | J | A | |
| 34. | | | | | Buy | 1/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Torrey Intl Strategy | | | | | | | | | |
| 36. - Torrey US Strategy | | | | | | | | | |
| 37. - Fairholme Fund | | | | | Buy | 12/22 | L | | |
| 38. - T Rowe Price Mid-Cap Growth Fund | | | | | Buy | 5/26 | L | | |
| 39. - Wasatch Heritage Growth Fund | | | | | Buy | 8/30 | L | | |
| 40. IRA Account #1 | D | Dividend | M | T | | | | | |
| 41. - Goldman Schs TR ILA Money Market | | | | | | | | | |
| 42. - ING Funds Intr Value | | | | | | | | | |
| 43. - Wexford TR Muhlenkamp FD | | | | | Sell | 1/11 | J | C | |
| 44. - Calamos Invt TR New | | | | | Part Sale | 8/25 | J | B | |
| 45. - Clipper Fund | | | | | Sell | 6/29 | K | A | |
| 46. - Oakmark Global Fund | | | | | Part Sale | 1/6 | J | C | |
| 47. - TCW Galileo FDS Inc | | | | | Sell | 4/26 | J | C | |
| 48. - Calamos Invt TR New Convertible FD CL A | | | | | | | | | |
| 49. - Oakmark Fund Class I | | | | | | | | | |
| 50. - Pioneer High Yield | | | | | | | | | |
| 51. - Aegis Value Fund Inc | | | | | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Bridgeway FD Inc | | | | | | | | | |
| 53. - Franklin Cust Income FD | | | | | Buy | 1/11 | J | | |
| 54. - T Rowe Price Cap Appr FD | | | | | | | | | |
| 55. - Dodge & Cox Intl Stock Fund | | | | | Buy | 1/11 | J | | |
| 56. - Fairholme Fund | | | | | Buy | 4/27 | J | | |
| 57. | | | | | Buy | 7/1 | K | | |
| 58. - Wasatch Heritage Gorwth Fund | | | | | Buy | 8/30 | J | | |
| 59. IRA Account #2 | F | Dividend | P1 | T | | | | | |
| 60. - Goldman Sachs TR ILA Money Market | | | | | | | | | |
| 61. - Firsthand FDS Tech Value FD | | | | | Sell | 1/5 | J | A | |
| 62. - ING Funds Intr Value | | | | | Part Sale | 1/5 | M | F | |
| 63. - Wexford TR Muhlenkamp FD | | | | | Sell | 1/5 | L | E | |
| 64. - Dominion Res Inc VA New | | | | | | | | | |
| 65. - Teco Energy Inc | | | | | | | | | |
| 66. - Calamos Invt TR New | | | | | Sell | 1/5 | L | E | |
| 67. - Clipper Fund Inc | | | | | Sell | 6/26 | M | D | |
| 68. - Oakmark Global Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - T Rowe Price Intl Bond Fund | | | | | Sell | 1/5 | K | D | |
| 70. - TCW Galileo FDS Inc | | | | | Sell | 3/14 | K | D | |
| 71. - Calamos Invt TR New Convertible FD CLA | | | | | | | | | |
| 72. - Pioneer High Yield | | | | | | | | | |
| 73. - Aegis Value Fund Inc | | | | | | | | | |
| 74. - Bridgeway FD Inc Ultra-Small Co | | | | | | | | | |
| 75. - Centerpoint Energy Inc | | | | | | | | | |
| 76. - Franklin Cust Income FD | | | | | Buy | 1/6 | M | | |
| 77. - T Rowe Price Cap Appr Fund | | | | | Buy | 1/6 | K | | |
| 78. - Campbell Fund Trust | | | | | | | | | |
| 79. - 3Com Corp | | | | | Buy | 6/29 | J | | |
| 80. - Dodge & Cox Intl Stock Fund | | | | | Buy | 1/25 | M | | |
| 81. - Fairholme Fund | | | | | Buy | 3/15 | K | | |
| 82. | | | | | Buy | 7/1 | M | | |
| 83. Note receivable from Louis P. Olivere, Jr., et al. | | None | L | T | | | | | |
| 84. Trust Account #12 | F | Dividend | P1 | T | | | | | |
| 85. - GS ILA Money Mkt Instl | | | | | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C=$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000      G=$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
3. Value Method Codes           P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000     T =Cash Market
   (See Column C2)              Q =Appraisal               V =Other                    S =Assessment
                                U =Book Value                                          W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Cisco Systems Inc | | | | | Buy | 6/17 | J | | |
| 87. - Calamos Invt TR New | | | | | Part Sale | 6/17 | J | C | |
| 88. | | | | | Part Sale | 7/27 | J | B | |
| 89. | | | | | Part Sale | 7/27 | L | E | |
| 90. - Clipper Fund Inc | | | | | Sell | 10/18 | L | C | |
| 91. - ING Funds Intr Value | | | | | Part Sale | 7/27 | J | B | |
| 92. - Oakmark Global Fund | | | | | | | | | |
| 93. - TCW Galileo FDS Inc | | | | | Part Sale | 3/9 | K | D | |
| 94. | | | | | Part Sale | 3/14 | J | B | |
| 95. | | | | | Sell | 5/25 | K | D | |
| 96. - Calamos Conver Tible FD CLA | | | | | | | | | |
| 97. - Pioneer High Yield FD A | | | | | | | | | |
| 98. - Aegis Value Fund Inc | | | | | | | | | |
| 99. - Bridgeway Ultra-Small Co Mkt Fund | | | | | | | | | |
| 100. - T Rowe Price Cap Appr Fund | | | | | Part Sale | 3/7 | J | A | |
| 101. | | | | | Part Sale | 7/20 | J | A | |
| 102. - Boston Scientific Corp | | | | | Buy | 7/27 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/12/2006 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Fairholme Fund | | | | | | | | | |
| 104. - Human Genome Science Inc | | | | | Buy | 3/14 | J | | |
| 105. | | | | | Buy | 10/20 | J | | |
| 106. - Wasatch Heritage Growth Fund | | | | | Buy | 6/30 | L | | |
| 107. - T Rowe Price Mid-Cap Growth Fund | | | | | Buy | 5/26 | K | | |
| 108. Springside, LLC (2000 - $300,000) | B | Rent | P1 | W | | | | | |
| 109. Hennessy Cornerstone Growth FD (formerly Henlopen Fund) | | None | | | Sell | 3/24 | J | | |
| 110. Legg Mason Opportunity Trust | | None | L | T | | | | | |
| 111. Matthews Asia Pacific Fund | A | Dividend | M | T | | | | | |
| 112. Middletown Professional Properties, LLC (2004 - $80,925) | | None | L | R | | | | | |
| 113. Oakmark Select Fund | C | Dividend | L | T | Buy | 9/12 | J | | |
| 114. Oakmark Select Fund | C | Dividend | L | T | Buy | 9/12 | J | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | P4 =More than $50,000,000 T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/12/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Asset reported in Part VII, Page 7, Line 112 from prior report is now being held in Trust #12, line 103.

2) Asset reported in Part VII, Page 7, Line 109 of prior report changed its name from The Henlopen Fund.

3) Asset reported in Part VII, Page 5, Line 75 of prior report should have been reported as part sale. The remaining portion of the asset was sold in current report Part VII, Page 9, line 69.

Continued from part IV Reimbursements: line 7: Institution program for judges (Transportation, Lodging & Meals)

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L | 05/12/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____     Date ___ May 12, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544